# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARMAINE PRATER,** *et al.*, : | |
|     Plaintiffs, : | |
| : | |
| v. : | **CIVIL ACTION NO. 20-CV-1200** |
| : | |
| **LIBERTY MUTUAL INSURANCE** : | |
| **COMP.,** *et al.*, : | |
|     Defendants. : | |

## ORDER

AND NOW, this 10th day of March, 2020, upon consideration of Plaintiff Charmaine Prater's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Plaintiffs "Jane Doe" Deceased and "Jane Doe" Minor Child are **DISMISSED WITHOUT PREJUDICE** as parties to this case.

4. The Complaint is **DISMISSED** in its entirety for the reasons in the Court's Memorandum as follows:

   a. Prater's federal claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

   b. Prater's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

5. Prater may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint must identify all defendants in the caption of the amended

complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Prater's claims against each defendant.  The amended complaint shall also clearly allege the basis for the Court's jurisdiction.  The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim.  When drafting her amended complaint, Prater should be mindful of the Court's reasons for dismissing the claims in her initial Complaint as explained in the Court's Memorandum.  Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

6. The Clerk of Court is **DIRECTED** to send Prater a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number.  Prater may use this form to file her amended complaint if she chooses to do so.

7. If Prater fails to file an amended complaint in accordance with this Order, her case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**